Certificate Number: 03088-PAE-DE-030226500

Bankruptcy Case Number: 17-17135



03088-PAE-DE-030226500

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 27, 2017, at 9:08 o'clock PM CST, Dennis J O'Keefe completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 27, 2017        By:  /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor